In the Matter of the Accounting of ANN HAMILTON, as Administratrix of WILLIAM HAMILTON, Deceased.

ANN HAMILTON, Individually and as Administratrix, etc., Respondent; JAMES HAMILTON et al., Appellants.

*Matter of Hamilton,* 70 App. Div. 73, affirmed.
(Argued November 11, 1902; decided November 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made March 7, 1902, which modified and affirmed as modified a decree of the New York County Surrogate's Court settling the account of Ann Hamilton, as administratrix of the estate of William Hamilton, deceased.

*Arthur C. Rounds* for appellants.

*George Finck* and *Frank W. Hubby, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.

---

ARNON LYON SQUIERS, as Executor of CAROLINE WYLIE SQUIERS, Deceased, Respondent, *v.* EDWARD THOMPSON, Appellant, Impleaded with Others.

*Squiers v. Thompson,* 73 App. Div. 552, affirmed.
(Argued November 11, 1902; decided November 25, 1902.)

APPEAL from a judgment entered in favor of plaintiff, August 7, 1902, upon an order of the Appellate Division of the Supreme Court in the second judicial department, affirming an interlocutory judgment of Special Term overruling a demurrer to the complaint.

*John L. Hill* for appellant.

*Edward P. Lyon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ. Absent: VANN, J.